IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL GARLAND** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JJPI (JOSEPH J. PETERS INSTITUTE),** | : | **NO. 15-1225** |
| **et al.** | : | |

# O R D E R

AND NOW, this 18th day of March, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis*, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR., J.**